AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
WILLIAMSPORT
JUN 10 2019
PER_____
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| ANTHONY D. BRESSI | ) Case No. 4:19-mj-044 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of ____Union____ in the ____Middle____ District of ____Pennsylvania____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 Unites States Code 841(a)(1) | Manufacture, distribute, or dispense, or possess with the intent to manufacture, distribute or dispense, a controlled substance. |
| 21 United States Code 846 | Attempt to manufacture, distribute, or dispense, or possess with the intent to manufacture, distribute, or dispense, a controlled substance. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☒ Continued on the attached sheet.

_____
Complainant's signature

Timothy K. O'Malley, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 06/10/19

_____
Judge's signature

City and state: Williamsport, Pennsylvania

William I. Arbuckle, U.S. Magistrate Judge
Printed name and title